IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DARYL M. BROADY                                                                                    PETITIONER
ADC #161128

v.                                          4:24-cv-00254-BRW-JJV

STATE OF ARKANSAS                                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.   No objections have been filed.   After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice and the requested relief is DENIED.

SO ORDERED this 13th day of May, 2024.

                                                  BILLY ROY WILSON
                                                 BILLY ROY WILSON
                                                 UNITED STATES DISTRICT JUDGE